UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SUSAN LIERMAN,

    Plaintiff,

v.                                      Case No. 17-cv-876-pp

NAVIENT SOLUTIONS LLC, and
COAST PROFESSIONAL, INC.,

    Defendants.

**ORDER REQUIRING THE PLAINTIFF TO
COMPLY WITH CIVIL LOCAL RULE 8 (E.D. WIS.)**

On June 23, 2017, the plaintiff filed a complaint against Navient Solutions LLC and Coast Professionals Inc. Dkt. No. 1. The complaint alleges that the lawsuit arises from the defendants' efforts to collect on a debt in violation of the Wisconsin Consumer Act, Wis. Stat. §427.104. Id. According to the plaintiff, the court may exercise subject matter jurisdiction because the amount in controversy exceeds the sum of $75,000 and the case involves citizens of different states. Id. at 1. The plaintiff resides in Wisconsin, id. at 2, and the complaint asserts that defendant Navient Solutions LLC is a "foreign business with a principal office of 2001 Edmund Hailey Dr., Reston, VA 20191, and a registered agent of Corporation Service Company, 8040 Excelsior Dr., Ste. 400, Madison, WI 53717." Id. at 2, ¶¶6, 7. The plaintiff also alleges that Coast Professional, Inc. has a principal office in Louisiana and a registered agent in Madison, Wisconsin. Dkt. No. 1 at ¶ 9.

For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members. Camico Mut. Ins. Co. v. Citizens Bank, 474 F.3d 989, 992 (7th Cir. 2007). For that reason, Civil Local Rule 8 requires that a party asserting jurisdiction based on diversity must identify the citizenship of each party, and specifically, the citizenship of each *member* of an LLC. Civ. L.R. 8 (E.D. Wis.). The complaint does not comply with Rule 8—it does not state the citizenship of the members of plaintiff Navient Solutions, LLC.

The court **ORDERS** that on or before the end of the day on July 14, 2017, the plaintiff shall file a statement, identifying the citizenship of any members of Navient Solutions LLC.

Dated in Milwaukee, Wisconsin this 5th day of July, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**